# COMPLAINT FOR VIOLATION OF THE FREEDOM OF INFORMATION ACT

United States District Court
District of Maine
Portland Division

Nathan Reardon,
Plaintiff,

v.

U.S. Attorney's Office for the District of Maine,
Defendant.

## INTRODUCTION

This is a civil action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, seeking declaratory and injunctive relief for the Defendant's failure to respond to Plaintiff's FOIA request dated April 19, 2025.

## JURISDICTION AND VENUE

This Court has jurisdiction pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. Venue is proper in this District because the Plaintiff resides in Maine and the records are maintained by an agency headquartered in this District.

## PARTIES

Plaintiff Nathan Reardon is a resident of Plymouth, Maine. Defendant U.S. Attorney's Office for the District of Maine is an agency of the United States subject to FOIA.

## FACTS

1. On April 19, 2025, Plaintiff submitted a FOIA request to the Defendant seeking records related to his criminal prosecution.
2. Defendant received the request.
3. Defendant failed to make a determination or produce records within 20 business days as required by FOIA.
4. As of the date of this filing, Defendant remains in violation of FOIA.

## CLAIM FOR RELIEF

Defendant's failure to comply with statutory deadlines and produce responsive records violates 5 U.S.C. § 552 and entitles Plaintiff to injunctive relief.

## PRAYER FOR RELIEF

a. Declare Defendant in violation of FOIA;
b. Order Defendant to immediately conduct a reasonable search and produce all responsive documents;
c. Award Plaintiff costs and reasonable attorney fees under 5 U.S.C. § 552(a)(4)(E);
d. Grant such other relief as the Court deems just and proper.

Dated: 12-10-25

Respectfully submitted,

Nathan Reardon
PO Box 52
Detroit, ME 04929
207-745-7575
nathan@membershipauto.com
Pro Se Plaintiff