## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| NATHAN REARDON,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. ATTORNEY'S OFFICE FOR THE<br>DISTRICT OF MAINE,<br><br>        Defendant. | No. 2:25-cv-00655-JAW |

### ANSWER

Defendant, U.S. Attorney's Office for the District of Maine ("Defendant"), by and through undersigned counsel, hereby answers the Complaint (Dkt. # 4) brought by Plaintiff Nathan Reardon ("Plaintiff") as follows:

### SPECIFIC DENIAL AND RESPONSES

The Headings and Counts in the Complaint set forth Plaintiff's characterization of the action, claims for legal relief, and/or legal conclusions, not allegations of facts requiring a response, and are otherwise denied by Defendant to the extent deemed necessary. Answering specifically each numbered paragraph of the Complaint, and using the same numbering contained therein, Defendant pleads as follows pursuant to Federal Rule of Civil Procedure (8)(b).

### RESPONSE TO UNNUMBERED PARAGRAPHS

The paragraph titled "Introduction" is merely a statement of intent to which no response is required.

The paragraph titled "Jurisdiction and Venue" comprises legal conclusions to which no response is required.

1

In the paragraph titled "Parties," Defendant lacks knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegation of residency in Plymouth, Maine. The remaining assertions in the paragraph are legal conclusions to which no response is required.

Defendant denies the allegations set forth in the paragraph titled "Claim for Relief."

The paragraph titled "Prayer for Relief" requires no response.

## RESPONSE TO NUMBERED PARAGRAPHS

1. The document referenced in Paragraph 1 is a writing, which speaks for itself, and Defendant denies the allegations set forth in Paragraph 1 to the extent they are inconsistent with the referenced document.

2. Admitted.

3. Denied.

4. Denied.

## GENERAL DENIAL

Except to the extent expressly admitted above, Defendant denies each and every allegation of Plaintiff's Complaint.

## DEFENSES

Defendants hereby assert the following Defenses in this case:

### *First Defense*

This action is one of multiple related actions involving coordinated FOIA requests submitted to Defendant by Plaintiff. *See, e.g.*, Docket No. 2:25-cv-00656-JAW. One or more issues or claims in this action and other such actions may be precluded.

### *Second Defense*

This action is one of multiple related actions involving coordinated FOIA requests submitted to Defendant by Plaintiff. *See*, *e.g.*, Docket No. 2:25-cv-00656-JAW. This action and other such actions may be barred by the first-filed or first-in-time rules.

### Third Defense

Plaintiff's requests may be subject to one or more applicable FOIA Exemptions pursuant to 5 U.S.C. § 552(b).

### Fourth Defense

Plaintiff's requests may be subject to one or more applicable FOIA Exclusions pursuant to 5 U.S.C. § 552(c).

### Fifth Defense

Plaintiff's requests that the Court declare that Defendants violated FOIA (*see* ECF No. 1 at 10) exceeds the jurisdiction conferred pursuant to 5 U.S.C. § 552(a)(4)(B) and/or impermissibly seeks an advisory opinion in contravention of Article III of the Constitution.

### Sixth Defense

To the extent Plaintiff seeks records from agencies that are not within the organizational structure of the United States Attorney's Office or the Executive Office for United States Attorneys, such records must be sought from those sources.

### Seventh Defense

To the extent Plaintiff has failed to fully and timely exhaust its administrative remedies, such administrative exhaustion would be a prerequisite to this action.

WHEREFORE, Defendant requests pursuant to its Answer and Defenses that the Court dismiss the Complaint and enter judgment for Defendant and grant any other such relief as the Court deems proper.

Dated: March 27, 2026                          Respectfully submitted,

                                               ANDREW B. BENSON
                                               United States Attorney

                          By:    */s/ John G. Osborn*
                                 John G. Osborn
                                 Assistant United States Attorney
                                 U.S. Attorney's Office
                                 100 Middle Street
                                 Portland, ME 04101
                                 (207) 780-3257
                                 John.Osborn2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2026, I caused the foregoing to be electronically filed using the CM/ECF system, which will send an electronic notification of such filing to all counsel of record.

ANDREW B. BENSON
United States Attorney

By:     */s/ John G. Osborn*
John G. Osborn
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street
Portland, ME 04101
(207) 780-3257
John.Osborn2@usdoj.gov

5