# Exhibit

# A

FOIA Request Letter

Nathan Reardon

773 Lower Detroit Rd.

Plymouth, ME 04969

Phone: 207-745-7575

Email: nathan@membershipauto.com

April 19, 2025

FOIA Officer

U.S. Attorney's Office for the District of Maine

100 Middle Street, East Tower, 6th Floor

Portland, ME 04101

Dear FOIA Officer,

Subject: Freedom of Information Act Request

I, Nathan Reardon, pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, hereby request access to records in the possession of the U.S. Attorney's Office for the District of Maine related to my criminal case (United States v. Nathan Reardon, Criminal No. 1:21-cr-00061-LEW). Specifically, I seek records involving former U.S. Attorney Darcie N. McElwee and Assistant U.S. Attorney (AUSA) Andrew Lizotte, and Mitchell Oswald who were involved in the investigation, prosecution, and sentencing in my case.

Records Requested

I request the following records from January 1, 2020, to February 17, 2025 (the date of Darcie N. McElwee's departure as U.S. Attorney [Ref web ID: 3]):

1. All communications (including emails, memos, letters, notes, or reports) between former U.S. Attorney Darcie N. McElwee and AUSA Andrew Lizotte regarding my case, Global Disruptive Technologies (GDT), or the $59,145 Paycheck Protection Program (PPP) loan at issue.

2. All internal communications within the U.S. Attorney's Office (including between Darcie N. McElwee, Andrew Lizotte, and other AUSAs, staff, or supervisors) concerning my case, the

decision to indict in May 2021, the plea agreement (Doc. 133), the sentencing recommendation breach (seeking 24 months instead of 12 months and 1 day, Doc. 166), or the refusal of pre-indictment repayment offers.

3. All communications between Darcie N. McElwee or Andrew Lizotte and TD Bank, the Small Business Administration (SBA), or any other entity regarding the legitimacy of the PPP loan, the loan's due date, or GDT's compliance efforts (e.g., 50–100 bank contacts, Exhibit M in my § 2255 motion).

4. All records of Darcie N. McElwee's involvement in my case, including notes, reports, or correspondence related to GDT's financial status, the PPP loan, or my alleged insolvency, particularly in her role as U.S. Attorney overseeing the prosecution.

5. Any internal U.S. Attorney's Office documents that may constitute "latent documents" (as described by attorney Michael Minns in The Underground Lawyer), such as records of procedural errors, selective prosecution decisions, or evidence of vindictive enforcement (e.g., comparison to Jacob Hennie's civil settlement for $230,000 fraud, News Center Maine, Jan. 2024).

6. All records related to the redaction of $10,000 church donations (Exhibit C in my § 2255 motion) or the cherry-picking of spending evidence (Exhibits D–F) used against me during prosecution, including any communications involving Darcie N. McElwee or Andrew Lizotte.

Purpose and Scope

This request is made in connection with my pending § 2255 motion to vacate, set aside, or correct my sentence, where I allege prosecutorial misconduct, actual innocence, and a breached plea agreement. The requested records may contain exculpatory evidence or reveal government misconduct, consistent with the latent document doctrine, which emphasizes the government's obligation to disclose such evidence under Brady v. Maryland, 373 U.S. 83 (1963).

Requester Category and Fees

I am an individual seeking information for personal use and not for commercial purposes. I am willing to pay reasonable fees for the processing of this request, up to $50. If fees are expected to exceed this amount, please notify me in advance. I also request a fee waiver under 5 U.S.C. § 552(a)(4)(A)(iii), as disclosure of these records is in the public interest, likely to contribute to public understanding of government operations, and not primarily in my commercial interest. The records may reveal prosecutorial misconduct or selective enforcement, matters of significant public concern.

Format of Records

I request that the records be provided in electronic format (PDF) via email to nathan@membershipauto.com. If electronic delivery is not feasible, please mail the records to the address listed above.

Certification

I certify that the information provided in this request is true and correct to the best of my knowledge.

Thank you for your attention to this request. I look forward to your response within the 20 working days stipulated by FOIA, 5 U.S.C. § 552(a)(6)(A)(i). If you have any questions, please contact me at 207-745-7575 or nathan@membershipauto.com.

Sincerely,

/s/ Nathan Reardon

Nathan Reardon, Pro Se

APR 25 AM 11:41
RECV'D PORTLAND USAO

Reardon
P.O. Box 52
Detroit, ME. 04929

EASTERN MAINE 044

23 APR 2025 AM 2 L

FOREVER

foia officer
US Attorneys office
District of maine
100 middle St, East Tower 6th Floor
Portland, Me. 04101

04101-410099