# Exhibit

# B



**U.S. Department of Justice**

Executive Office for United States Attorneys

_____

Freedom of Information and Privacy Staff        *Suite 5.400, 3CON Building*        *(202) 252-6020*
                                                *175N Street, NE*
                                                *Washington, DC  20530*

April 28, 2025

Nathan Reardon
773 Lower Detroit Rd.
Plymouth, ME  04969
nathan@membershipauto.com

        Re: Request Number   EOUSA-2025-003770
        Subject of Request:  <u>I, Nathan Reardon, pursuant to the Freedom of Information Act</u>
<u>(FOIA), 5 U.S.C. § 552, hereby request access to records in the possession of the U.S. Attorney's</u>
<u>Office for the District of Maine related to my criminal case (United States v. Nathan Reardon,</u>
<u>Criminal No. 1:21-cr-00061- LEW). Specifically, I seek records involving former U.S. Attorney</u>
<u>Darcie N. McElwee and Assistant U.S. Attorney (AUSA) Andrew Lizotte, and Mitchell Oswald</u>
<u>who were involved in the investigation, prosecution, and sentencing in my case (Items 1-6 listed)</u>

Dear Nathan Reardon:

        The Executive Office for United States Attorneys (EOUSA) has received your Freedom
of Information Act (FOIA) and/or Privacy Act (PA) request and assigned the above number to it.
In response to your FOIA/PA request, the paragraph(s) checked below apply:

1.  ☐ The Freedom of Information Act only applies to records already in existence and does not
    require an agency to **conduct research, create new records, or answer questions presented as
    FOIA requests**.

2.  ☐ Please be advised that the FOIA provides a right of access to federal agency records that exist
    and can be located in federal agency files. The FOIA does not apply to records that are
    maintained by states, counties, or cities, or by the legislative or judicial branches of the
    government.  With regard to the **specific questions you asked** in your request letter, please be
    advised that the FOIA does not require federal **conduct research, create new records, or
    answer questions presented as FOIA requests**, but rather is limited to requiring agencies to
    provide access to reasonably described, nonexempt records.

3.  ☐ The files and records of United States Attorneys are maintained in over one hundred separate
    offices throughout the United States.  Please **identify the specific United States Attorney's
    office(s)** where you believe records may be located.  This would be primarily the district(s) in
    which a prosecution or litigation occurred.

4.  ☐ **You did not request any records**.  A proper Freedom of Information Act request for records
    must **reasonably describe the records** sought. See 5 U.S.C. § 552(a)(3)(A). After carefully
    reviewing your request, I have determined that you did not reasonably describe the subject of
    your request.  Please provide more detailed information about the records you seek, such as

appropriate dates, title or name, author, recipient, subject matter of the record, case number, file designation, or reference number.

5. ☐ A proper Freedom of Information Act request for records must **reasonably describe the records** sought. See 5 U.S.C. § 552(a)(3)(A). After carefully reviewing your request, I have determined that you did not reasonably describe the subject of your request.  Please provide more detailed information about the records you seek, such as appropriate dates, title or name, author, recipient, subject matter of the record, case number, file designation, or reference number.

6. ☐ It appears that the records you seek are likely to be maintained by **state or local authorities**. For your information, the federal Freedom of Information Act applies only to records maintained by federal agencies that are subject to the FOIA. Records that are maintained by state or local authorities are subject only to any records access laws that might be applicable to those states and localities. Accordingly, if you have not already done so, I suggest that you make a request for such records to the proper state or local authority in accordance with the appropriate state or local records access law.

7. ☐ Your request seeks records which may be available from the **clerk of the court**.  You should contact the clerk of the court directly to seek possible release of the records.

8. XX You have **requested records pertaining to yourself**. Therefore, you will need to verify your identity as required by Department regulation 28 C.F.R. § 16.41(d) (2019). Specifically, if you would like this Office to process your request and search for responsive records in this Office, you will need to either (1) return a completed Certification of Identity form to this Office, or (2) provide a statement notarized or under penalty of perjury pursuant to 28 U.S.C. § 1746, indicating your <u>full name</u>, <u>place of birth</u>, <u>date of birth</u>, and <u>current address</u>. A form is enclosed for your use.  <u>As stated below, the form needs to be submitted as a new request accompanied by a description of your request.</u>

9. ☐ You have **requested records concerning a third party**. To the extent that non-public responsive records exist, without consent, proof of death, or an overriding public interest, disclosure of law enforcement records concerning an individual could reasonably be expected to constitute an unwarranted invasion of personal privacy. See 5 U.S.C. § 552(b)(6) & (b)(7)(C). Because any non-public records responsive to your request would be categorically exempt from disclosure, this Office is not required to conduct a search for the requested records.  <u>Should you obtain the authorization and consent of the third party for release of the records to you, please submit a new request for the documents accompanied by the written authorization</u>.  A form is enclosed to assist you in providing us the authorization and consent of the third party.  Your name should appear in the section titled "Optional."  The authorization must be notarized or signed under penalty of perjury pursuant to 18 U.S.C. § 1001.

We will release, if requested, any public records maintained in our files, such as court records and news clippings, without the express authorization of the third party, a death certificate, or public justification for release.  If you desire to obtain public records that exist in our files, please reply with a letter asking for the public documents.  Please send your letter to the address above.  The request will need to be reasonably described by providing detailed information about the records you seek, such as appropriate dates, title or name, author, recipient, subject matter of the record, case number, file designation, or reference number.

Once you have corrected the above deficiencies, please submit a new request for the documents. The new request should include a full description of your request and correct any deficiency.  Please do not send back Certification of Identity forms without a request description. Stand alone Certification of Identity forms will not be processed. This is a final determination

and your request for information has been closed. **When we have received your new, corrected request, we will open a new file for you. Please send your new, corrected request to the address above or you can submit your request at our website: https://eousafoia.usdoj.gov/.**

This is the final action on this above-numbered request.  If you are not satisfied with EOUSA's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal.  Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." If possible, please provide a copy of your original request and this response letter with your appeal.

You may contact the EOUSA FOIA Public Liaison for any further assistance and to discuss any aspect of your request. The contact information for EOUSA is 175 N Street, NE, Suite 5.400, Washington, DC 20530; telephone at 202-252-6020. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Kevin Krebs
Assistant Director

☐ Enclosure

**U.S Department of Justice**                    **Certification of Identity**

FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] _____

Citizenship Status [2] _____ Social Security Number [3] _____

Current Address _____

Date of Birth _____ Place of Birth _____

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____
### Print or Type Name

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _____ Date _____

_____

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM DOJ-361